```
 1  SQUIRE, SANDERS & DEMPSEY (US) LLP
    Angela N. O'Rourke (SBN 211912)
 2  Michelle P. Alborzfar (SBN 268323)
    275 Battery Street, Suite 2600
 3  San Francisco, CA  94111
    Telephone:   +1.415.954.0200
 4  Facsimile:   +1.415.393.9887
    Email:       angela.orourke@ssd.com
 5               michelle.alborzfar@ssd.com

 6  SQUIRE, SANDERS & DEMPSEY (US) LLP
    D. Lewis Clark, Jr. (AZ SBN 4018172 pro hac vice)
 7  1 E. Washington St., Suite 2700
    Phoenix, AZ  85004
 8  Telephone:   +1.602.528.4000
    Facsimile:   +1.602.253.8129
 9  Email:       lew.clark@ssd.com

10  Attorneys for Defendant
    EUROFRESH, INC.
11
    David R. Burtt (SBN 201220)
12  Andrew J. Mailhot (SBN 238956)
    ONGARO BURTT & LOUDERBACK LLP
13  595 Market Street, Suite 610
    San Francisco, CA  94105
14  Telephone:   +1.415.433.3900
    Facsimile:   +1.415.433.3950
15  Email:       dburtt@obllaw.com

16  Attorneys for Plaintiff
    BRIAN F. McLAUGHLIN
17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE BRANCH)

| | |
|---|---|
| BRIAN F. McLAUGHLIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EUROFRESH INC., a Delaware Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.  5:11-CV-0267-LHK<br><br>**NOTICE OF CONTINUANCE TO MAY 26, 2011 OF HEARING ON (1) DEFENDANT'S MOTION TO DISMISS COMPLAINT; and (2) DEFENDANT'S MOTION TO TRANSFER VENUE (28 U.S.C. § 1404(a)); and STIPULATION AND [Proposed] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE   [Civil Local Rule 7-7(a)]** |

Plaintiff Brian F. McLaughlin ("Plaintiff") and defendant Eurofresh Inc. ("Eurofresh") by and through their respective attorneys, stipulate as follows:

-1-

1  IT IS THEREFORE STIPULATED BY ALL PARTIES, BY AND THROUGH THEIR
2  UNDERSIGNED COUNSEL, that:

3  1. Pursuant to Civil Local Rule 7-7, Defendant Eurofresh hereby continues the
4  hearings on its Motion to Dismiss and its Motion to Transfer Venue from the presently noticed
5  date of April 28, 2011 to May 26, 2011 at 1:30 p.m.;

6  2. Pursuant to Civil Local Rule 7-7(d), the deadline for filing and serving opposition
7  papers and reply papers will automatically be extended to 21 and 14 days, respectively, preceding
8  the new hearing date;

9  3. The parties' counsel consider that the rescheduling of the Case Management
10 Conference as set forth below will contribute to the efficient management of this action and will
11 help conserve resources of the Court and its staff;

12 4. The presently-scheduled April 28, 2011 date for the Case Management Conference
13 shall be continued to a new date to be set by the Court, with such continued date to be on or after
14 May 26, 2011;

15 5. The parties shall submit a Joint Status Conference Statement at least 7 days before
16 the continued Case Management Conference; and

17 6. This Stipulation and Order may be executed in separate counterparts by each of the
18 parties hereto, and such executed counterparts may be exchanged by e-mail or facsimile, but all
19 such counterparts taken together shall form but one and the same Stipulation and Order.

20 Dated: February 23, 2011                     Respectfully submitted,

21                                              SQUIRE, SANDERS & DEMPSEY (US) LLP

23                                              By:   */s/ Angela N. O'Rourke*
                                                      Angela N. O'Rourke
24                                              Attorneys for Defendant
                                                EUROFRESH, INC.

-2-

Dated: February 23, 2011                       ONGARO BURTT & LOUDERBACK LLP

By:     */s/ David R. Burtt*
          David R. Burtt

Attorneys for Plaintiff
BRIAN F. McLAUGHLIN

### **ATTESTATION**

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                           */s/ Angela N. O'Rourke*
                                           ANGELA N. O'ROURKE

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 25, 2011                       *[signature: Lucy H. Koh]*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT