1   SQUIRE, SANDERS & DEMPSEY (US) LLP
    Angela N. O'Rourke (SBN 211912)
2   Michelle P. Alborzfar (SBN 268323)
    275 Battery Street, Suite 2600
3   San Francisco, CA  94111
    Telephone:  +1.415.954.0200
4   Facsimile:   +1.415.393.9887
    Email:        angela.orourke@ssd.com
5                michelle.alborzfar@ssd.com

6   SQUIRE, SANDERS & DEMPSEY (US) LLP
    D. Lewis Clark, Jr. (AZ SBN 4018172 *pro hac vice*)
7   1 E. Washington St., Suite 2700
    Phoenix, AZ  85004
8   Telephone:  +1.602.528.4000
    Facsimile:   +1.602.253.8129
9   Email:        lew.clark@ssd.com

10  Attorneys for Defendant
    EUROFRESH, INC.
11
    David R. Burtt (SBN 201220)
12  ONGARO BURTT & LOUDERBACK LLP
    595 Market Street, Suite 610
13  San Francisco, CA  94105
    Telephone:  +1.415.433.3900
14  Facsimile:   +1.415.433.3950
    Email:        dburtt@obllaw.com
15
    Attorneys for Plaintiff
16  BRIAN F. McLAUGHLIN

17                    UNITED STATES DISTRICT COURT

18                 NORTHERN DISTRICT OF CALIFORNIA

19                          (SAN JOSE BRANCH)

20  BRIAN F. McLAUGHLIN, an individual,      Case No. 5:11-CV-0267-LHK

21                  Plaintiff,               **STIPULATION AND [~~PROPOSED~~] ORDER
                                             FOR DISMISSAL WITH PREJUDICE**
22          vs.

23  EUROFRESH INC., a Delaware
    Corporation, and DOES 1-10, inclusive,
24
                    Defendants.
25

26

27          Plaintiff Brian F. McLaughlin ("Plaintiff") and defendant EuroFresh Inc. ("EuroFresh")

28  by and through their respective attorneys, stipulate as follows:

                                         -1-

1      1.      WHEREAS all parties to this action stipulate and agree to dismiss the action with

2    prejudice;

3      2.      IT IS HEREBY STIPULATED by and between the parties to this action, through

4    their undersigned counsel, that the above-captioned action be and hereby is dismissed with

5    prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1);

6      3.      IT IS FURTHER STIPULATED by and between the parties that each party shall

7    bear its own attorneys' fees and costs of suit.

8    Dated: March 18, 2011                    Respectfully submitted,

9                                             SQUIRE, SANDERS & DEMPSEY (US) LLP

10

11                                           By:___/s/  Angela N. O'Rourke_____
                                                    Angela N. O'Rourke

12                                           Attorneys for Defendant
                                             EUROFRESH, INC.

13   Dated: March 18, 2011                    ONGARO BURTT & LOUDERBACK LLP

14

15                                           By:___/s/  David R. Burtt_____
                                                    David R. Burtt

16                                           Attorneys for Plaintiff
                                             BRIAN F. McLAUGHLIN

17

18        I, Angela N. O'Rourke, am the ECF User whose identification and password are being
19   used to file this Stipulation For Dismissal With Prejudice.  In compliance with General Order
     45.X.B., I hereby attest that David R. Burtt has concurred in this filing.

20

21

22                                           **ORDER**

23        PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25   DATED: March 21, 2011          _____
                                    HONORABLE LUCY H. KOH
26                                  UNITED STATES DISTRICT JUDGE

27

28